*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

Richard GREENLEE, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2007–3017.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2006.

Richard Greenlee, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,